1  Christopher D. Lockwood, SBN 110853                    JS-6
   **Arias & Lockwood**
2  225 W. Hospitality Lane, Suite 314
   San Bernardino, CA 92408
3  Phone: (909) 890-0125
   Fax: (909) 890-0185
4  Christopher.Lockwood@AriasLockwood.Com

5  Bruce E. Disenhouse, SBN 078760
   **Kinkle, Rodiger & Spriggs**
6  3333 Fourteenth Street
   Riverside, CA 92501
7  (951) 683-2410 - Phone
   (951) 683-7759 - Fax
8
   Attorneys for defendants County of Riverside (sued as itself and as "Riverside
9  County Sheriff's Department"), Denzil Cardie and Christopher Lauer

10

11

12                    UNITED STATES DISTRICT COURT

13                    CENTRAL DISTRICT OF CALIFORNIA

14

15 | MICHAEL SMITH,                    ) CASE NO. EDCV 09-901 VBF (DTB)
                                       )
16 |     Plaintiff,                    )
                                       ) ORDER DISMISSING CASE
17 | v.                                ) PURSUANT TO STIPULATION
                                       )
18 | COUNTY OF RIVERSIDE;              )
   | RIVERSIDE COUNTY SHERIFF'S        )
19 | DEPARTMENT; Deputy DENZIL         )
   | CARDIE, individually and in his official )
20 | capacity as a Riverside County Sheriff's )
   | Department employee; Deputy       )
21 | CHRISTOPHER LAUER, individually   )
   | and in his official capacity as a Riverside )
22 | County Sheriff's Department employee; )
   | Does 1-10, inclusive,             )
23                                     )
   |     Defendants                    )
24 |_____)

25 ///

26 ///

27 ///

28 ///

                              1

1  Pursuant to the stipulation of the parties, it is ordered as follows:
2  1. The case is dismissed.
3  2. Defendants waive costs and attorney's fees.
4  DATED: September 4, 2009

David T. Bristow
United States Magistrate Judge

DATED: September 9, 2009

Valerie B. Fairbank
United States District Judge